UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Mitchell Lee Chambers
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012
Phone: 856-302-1778

**Order Filed on July 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Damien Wolf

Case No.: 17-16640

Chapter: 13

Judge: ABA

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 25, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____April 3, 2017_____ :

Property: _____115 Maple Avenue, Westville, NJ 08093_____

Creditor: _____Roundpoint Mortgage_____

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtors_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____10/18/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-16640-ABA
Damien L Wolf                                                             Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jul 25, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2017.
db             +Damien L Wolf,    115 Maple Avenue,    Westville, NJ 08093-1136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                                Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Mitchell L Chambers, Jr.    on behalf of Debtor Damien L Wolf ecfbc@comcast.net
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4