Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 17−16640−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Damien L Wolf
   115 Maple Avenue
   Westville, NJ 08093

Social Security No.:
   xxx−xx−6920

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/12/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 12, 2018
JAN: bc

                              Jeanne Naughton
                              Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 17-16640-ABA
Damien L Wolf                                                     Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1         User: admin              Page 1 of 2          Date Rcvd: Jan 12, 2018
                             Form ID: 148             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2018.
db             +Damien L Wolf,   115 Maple Avenue,    Westville, NJ 08093-1136
cr             +ROUNDPOINT MORTGAGE SERVICING CORPORATION,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
lm             +Roundpoint Mortgage,   Attn Loss Mitigation Manager,    5032 Parkway Plaza Blvd.,
                 Charlotte, NC 28217-1934
516743071      +CITIZENS BANK,   1 CITIZENS DRIVE,   Riverside, RI 02915-3000
516743072      +Citizens Bank,   480 Jefferson Blvd.,    Warwick, RI 02886-1359
516743074      +Financial Recoveries,   200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
516743078      +ROUDPOINT MORTGAGE,   5032 PARKWAY PLAZA BLVD.,    Charlotte, NC 28217-1918
516991241      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd, Suite 200,
                 Charlotte, NC 28217-1930
516864561     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695-0245)
516743079      +State of New Jersey,   Division of Taxation,    Revenue Processing Center,    P.O. Box 111,
                 Trenton, NJ 08645-0111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2018 23:40:53     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2018 23:40:49     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516743069       EDI: BANKAMER.COM Jan 12 2018 23:23:00     BANK OF AMERICA,   4161 PEIDMONT PARKWAY,
                 Greensboro, NC 27410
516743070      +EDI: CAPITALONE.COM Jan 12 2018 23:23:00     Capital One Bank Usa N,   Po Box 30281,
                 Salt Lake City, UT 84130-0281
516819583      +E-mail/Text: bncmail@w-legal.com Jan 12 2018 23:41:02     Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516756270       EDI: DISCOVER.COM Jan 12 2018 23:23:00     Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
516743073      +EDI: DISCOVER.COM Jan 12 2018 23:23:00     Discover Fin Svcs Llc,   Po Box 15316,
                 Wilmington, DE 19850-5316
516743075      +EDI: IRS.COM Jan 12 2018 23:23:00     IRS,   600 Arch Street,   Room 5200,
                 Philadelphia, PA 19106-1611
516743077      +EDI: NFCU.COM Jan 12 2018 23:23:00     NAVY FEDERAL CREDIT UNION,   820 FOLLIN LANE SE,
                 Vienna, VA 22180-4907
516743076      +EDI: NFCU.COM Jan 12 2018 23:23:00     Navy Federal Cr Union,   820 Follin Ln Se,
                 Vienna, VA 22180-4907
516794683      +EDI: NFCU.COM Jan 12 2018 23:23:00     Navy Federal Credit Union,   PO Box 3000,
                 Merrifield, VA 22119-3000
516992710       EDI: PRA.COM Jan 12 2018 23:23:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,   POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 12, 2018
                              Form ID: 148             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Mitchell L Chambers, Jr.    on behalf of Debtor Damien L Wolf ecfbc@comcast.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 4
```